■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JAMES LEE DAUGHERTY, Admitted on August 6, 1990, at a Term of the Appellate Division, First Department. [683 NYS2d 836] —Motion granted and respondent reinstated as

an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Ellerin, J. P., Nardelli, Williams, Mazzarelli and Saxe, JJ. [*See,* 240 AD2d 106.]